IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00594-MSK-BNB

ELSA MEYERS,

Plaintiff,

v.

UNIVERSITY OF PHOENIX,

Defendant.
_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Defendant's Motion to Vacate Court's March 28, 2008 Order re: Scheduling Conference** [docket no. 6, filed June 10, 2008] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for June 17, 2008, is **vacated and reset to July 23, 2008, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **July 16, 2008**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: June 11, 2008