IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.1:08-cv-00594 – MSK– BNB

ELSA MEYERS,

        Plaintiff,

vs.

UNIVERSITY OF PHOENIX,

        Defendant.

---

**ORDER GRANTING JOINT MOTION REQUESTING AN ORDER APPROVING
THE RELIEF REQUESTED IN STIPULATION TO ARBITRATION AND TO
VACATE ALL DATES CURRENTLY PENDING WITH THE COURT**

---

THIS MATTER comes before the Court on the Parties' Joint Motion Requesting an Order Approving the Relief Requested in Stipulation to Arbitration and to Vacate All Dates Currently Pending With the Court, and the Court, having read that Motion and being fully advised in the premises, hereby Orders as follows:

1.    The relief requested in the Parties' Stipulation to Arbitration is hereby GRANTED.

2.    The Plaintiff's Complaint in this action will be dismissed and the matter shall be referred to arbitration.

3.    All upcoming deadlines set forth in existing Orders of this Court in the present action are hereby vacated, including the July 29, 2008 Scheduling Conference.

Dated: July **2-2** , 2008.

BY THE COURT:

~~DISTRICT COURT JUDGE~~/MAGISTRATE JUDGE