IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00594-MSK-BNB

ELSA MEYERS,

       Plaintiff,

v.

UNIVERSITY OF PHOENIX,

       Defendant.

_____

## ORDER CLOSING CASE
_____

**THIS MATTER** comes before the Court *sua sponte*. Upon the parties' Stipulation (**# 11**) to arbitrate all claims in this action and the Magistrate Judge's entry of an Order (**# 14**) approving that stipulation, it appears that there is no further controversy requiring judicial intervention. Accordingly, the Clerk of the Court shall close this case.

       Dated this 16th day of April, 2009

                                     **BY THE COURT:**

                                     *[signature: Marcia S. Krieger]*
                                     _____

                                     Marcia S. Krieger
                                     United States District Judge